**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6441**

SAMUEL R. JACKSON,

                  Plaintiff – Appellant,

          v.

H. POPLIN, Programmer, Lanesboro Correctional Institution;
S. HOVERMALE, Kitchen Supervisor, Lanesboro Correctional
Institution; SGT. R. NICHOLSON; SGT. D. LENTZ,

                  Defendants – Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen,
Senior District Judge.  (3:10-cv-00107-GCM)

Submitted:  August 26, 2010          Decided:  September 2, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel R. Jackson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel R. Jackson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jackson v. Poplin, No. 3:10-cv-00107-GCM (W.D.N.C. Mar. 12, 2010). We also deny Jackson's pending motions to appoint counsel and to amend his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED